**SO ORDERED.**

**SIGNED this 23 day of January, 2018.**

_____
**David M. Warren
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

**CEDRIC ROBINSON**                              **CASE NO: 16-00841-5-DMW**
                                                 **CHAPTER 13**

**DEBTOR(S)**

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor's Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

From:  $1,180.00 per month for a period of 60 months.

To: $1,180.00 per month for a period of 21 months followed by
$1,185.00 per month for a period of 39 months.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.
We consent to the entry of this order:

/s/ John F. Logan
John F. Logan, Chapter 13 Trustee
N.C. State Bar number 12473
P.O. Box 61039
Raleigh, NC 27661-1039
919-876-1355 Telephone


/s/Michael W. Hopper
Michael W. Hopper, Attorney for Debtor
N.C. State Bar number 28252
5400 Glenwood Avenue
Suite G01
Raleigh, NC 27612
919-876-3300 Telephone
919-882-8505 Fax

"End of Document"