VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 11/07/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Cedric Robinson
 ( debtor has no known aliases )
5913 Ricker Road
Raleigh, NC 27610

CASE NO.: 16–00841–5–DMW

DATE FILED: February 18, 2016

CHAPTER: 13

## AMENDED
## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Wednesday, October 23, 2019
TIME:     10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Notice of Mortgage Payment Change (No Claim on File) with Certificate of Service filed by Andrew Lawrence Vining on behalf of Rushmore Loan Management Services, LLC

Notice of Mortgage Payment Change with Certificate of Service (Claim # 1) filed by Andrew Lawrence Vining on behalf of Rushmore Loan Management Services, LLC

and to transact all other business as may properly come before the court.

DATED: September 11, 2019

                                        Stephanie J. Butler
                                        Clerk of Court